

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00292-CV

———————————————

RUBEN B. GUERRA, Appellant

V.

VICTORIA M. SAYSANASONGKHAM, Appellee

On Appeal from the 352nd District Court
Tarrant County, Texas
Trial Court No. 352-332087-22

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant's Notice of Withdrawal of Defendant's Notice of Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered:  November 9, 2023